UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOLAN JOHNSON,

       Plaintiff,                      CASE NO.  1:20-cv-00385

v.                                  HON. JANET T. NEFF

KAISER ALUMINUM CORP., a foreign        MAGISTRATE JUDGE RAY KENT
corporation; and KAISER ALUMINUM
FABRICATED PRODUCTS, LLC, a foreign
limited liability company,

       Defendants.

---

MORGAN & MORGAN, P.A.
Michael N. Hanna (P81462)
2000 Town Center, Suite 1900
Southfield, MI  48075
(313) 251-1399
mhanna@forthepeople.com

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.
Linda L. Ryan (P67686)
250 Monroe N.W., Suite 400
Grand Rapids, MI  49503
(616) 940-0241
linda.ryan@jacksonlewis.com

James M. Stone (P67163)
Jackson Lewis P.C.
Park Center Plaza I, Suite 400
6100 Oak Tree Blvd.
Cleveland, OH  44131
(216) 750-0404
james.stone@jacksonlewis.com

Tasos C. Paindiris
Jackson Lewis P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
(407) 246 8440
tasos.paindiris@jacksonlewis.com

*Attorneys for Defendants*

---

## <u>ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS</u>

Upon stipulation of the parties (ECF No. 14) and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without attorneys' fees or costs.  Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Date:    November 19, 2020          /s/ Janet T. Neff
                                                      Hon. Janet T. Neff
                                                      United States District Judge